# UNITED STATES DISTRICT COURT
## Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR _____
              Plaintiff )
                         ) REPORT COMMENCING CRIMINAL
       -VS-              ) ACTION
                         )
ORLANDO MESA             ) 60474-004
       Defendant         ) USMS Prisoner No: _____

****************************************************

TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court          FT. PIERCE
                          (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

FILED by ___ D.C.
MAR 3 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

****************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3-30-00 9:15  am/**pm**

(2) Language Spoken: English / Spanish

(3) Offense(s) Charged: 21 USC 963 (consp to Import)

(4) U.S. Citizen  [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 1-04-71

(6) Type of Charging Document: (check one)
    [ ] Indictment   [✓] Complaint to be filed/already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern Dist of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES   [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 3/30/00       (9) Arresting Officer: SSA Joel Mahabir

(10) Agency: USCS       (11) Phone: (954) 356-7383 ext. 119

(12) Comments: _____