UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. 00-2579-Cr-Turnoff

UNITED STATES OF AMERICA,

v.

Orlando Mesa

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED by _____ D.C.
MAG. SEC.
MAR 3 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

COMES NOW __Rick Diaz, Esq.__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as **preparing and filing documents** necessary to collateralize any **personal surety bond** which may be set.

Counsel's Name (Printed) __Rick Diaz__

Counsel's Signature __[signature]__

Address __2701 SW 3 Avenue.__
__Miami, FL__   ZIP CODE: __33129__

Telephone __(305) 285-1122__