UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

No. 00-6090 CR-ZLOCH

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 963
21 U.S.C. § 952(a)
18 U.S.C. § 2

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA  )
                          )
v.                        )
                          )
ROBERTO FARRADAZ,         )
BERNAL SOTO,              )
EDGAR GUZMAN,             )
and                       )
ORLANDO MESA,             )
_____)

INDICTMENT

The Grand Jury charges that:

COUNT I

From on or about March 22, 2000, until on or about March 31, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

ROBERTO FARRADAZ,
BERNAL SOTO,
EDGAR GUZMAN,
and
ORLANDO MESA

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to import into the United States from a place outside thereof, a Schedule II controlled substance, that is, a mixture and



substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

## COUNT II

From on or about March 22, 2000, until on or about March 29, 2000, at Broward County, in the Southern District of Florida, the defendants,

> ROBERTO FARRADAZ,
> BERNAL SOTO,
> EDGAR GUZMAN,
> and
> ORLANDO MESA

did knowingly and intentionally import into the United States from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.

## COUNT III

From on or about March 22, 2000, until on or about March 31, 2000, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

> ROBERTO FARRADAZ,
> BERNAL SOTO,
> EDGAR GUZMAN,
> and
> ORLANDO MESA,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance

2

containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

### COUNT IV

From on or about March 22, 2000, until on or about March 31, 2000, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendants,

>    ROBERTO FARRADAZ,
>    BERNAL SOTO,
>    EDGAR GUZMAN,
>         and
>    ORLANDO MESA,

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.
ROBERTO FARRADAZ,
BERNAL SOTO,
EDGAR GUZMAN, and
ORLANDO MESA

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s)     Yes ___   No ___
Number of New Defendants  ___
Total number of counts    ___

**Court Division:** (Select One)

___ Miami     ___ Key West
_X_ FTL       ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) __Yes__
   List language and/or dialect  __Spanish__

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_       Petty     ___
   II   6 to 10 days     ___       Minor     ___
   III  11 to 20 days    ___       Misdem.   ___
   IV   21 to 60 days    ___       Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  __No__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes:
   Magistrate Case No. __00-2529-TURNOFF__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of __3/31/00__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes ___ No

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. 712450

*Penalty Sheet(s) attached
N:\udd\lbardfel\soto\farradaz

REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: ROBERTO FARRADAZ            No.:

Count #I:

Conspiracy to Import Cocaine: in violation of 21 U.S.C. §952 and 963

*Max Penalty:   Life; 10 years' mandatory minimum; $4,000,000 fine

Count # II:

Importation of Cocaine: in violation of 21 U.S.C. §952(a)

*Max Penalty:   Life; 10 years' mandatory minimum; $4,000,000 fine

Count # III:

Conspiracy to Possess With Intent To Distribute Cocaine:
in violation of 21 U.S.C. § 841(a)(1) and 846.

*Max Penalty:   Life; 10 years' mandatory minimum;$4,000,000 fine

Count # IV:
Attempted Possession With Intent To Distribute Cocaine:
in violation of 21 U.S.C §841(a)(1) and 846 .
*Max Penalty:   Life; 10 years' mandatory minimum; 4,000,000 fine

Count # :

*Max Penalty:
**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:  BERNAL SOTO          No.: _____

Count #I:

Conspiracy to Import Cocaine: in violation of 21 U.S.C. §952 and 963

*Max Penalty:   Life; 10 years' mandatory minimum; $4,000,000 fine

Count # II:

Importation of Cocaine: in violation of 21 U.S.C. §952(a)

*Max Penalty:   Life; 10 years' mandatory minimum; $4,000,000 fine

Count # III:

Conspiracy to Possess With Intent To Distribute Cocaine:
in violation of 21 U.S.C. § 841(a)(1) and 846.

*Max Penalty:   Life; 10 years' mandatory minimum;$4,000,000 fine

Count # IV:

Attempted Possession With Intent To Distribute Cocaine:
in violation of 21 U.S.C §841(a)(1) and 846 .
*Max Penalty:   Life; 10 years' mandatory minimum; 4,000,000 fine

Count # :

*Max Penalty:
**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:  EDGAR GUZMAN          No.:_____

Count #I:

Conspiracy to Import Cocaine: in violation of 21 U.S.C. §952 and 963

*Max Penalty:   Life; 10 years' mandatory minimum; $4,000,000 fine

Count # II:

Importation of Cocaine: in violation of 21 U.S.C. §952(a)

*Max Penalty:   Life; 10 years' mandatory minimum; $4,000,000 fine

Count # III:

Conspiracy to Possess With Intent To Distribute Cocaine:
in violation of 21 U.S.C. § 841(a)(1) and 846.

*Max Penalty:   Life; 10 years' mandatory minimum;$4,000,000 fine

Count # IV:

Attempted Possession With Intent To Distribute Cocaine:
in violation of 21 U.S.C. §841(a)(1) and 846 .

*Max Penalty:   Life; 10 years' mandatory minimum; 4,000,000 fine

Count # :

*Max Penalty:
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:  ORLANDO MESA          No.:_____

Count #I:

Conspiracy to Import Cocaine: in violation of 21 U.S.C. §952 and 963

*Max Penalty:   Life; 10 years' mandatory minimum; $4,000,000 fine

Count # II:

Importation of Cocaine: in violation of 21 U.S.C. §952(a)

*Max Penalty:   Life; 10 years' mandatory minimum; $4,000,000 fine

Count # III:

Conspiracy to Possess With Intent To Distribute Cocaine:
in violation of 21 U.S.C. § 841(a)(1) and 846.

*Max Penalty:   Life; 10 years' mandatory minimum;$4,000,000 fine

Count # IV:

Attempted Possession With Intent To Distribute Cocaine:
in violation of 21 U.S.C. §841(a)(1) and 846 .

*Max Penalty:   Life; 10 years' mandatory minimum; 4,000,000 fine

Count # :

*Max Penalty:
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96