U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Orlando Mesa (J)#                          CASE NO: _____ 00-6090-CR-Zloch

00-2529-Turnoff

AUSA: Larry Bardfeld *present*                   ATTNY: Richard Diaz (temp)

AGENT: _____                     VIOL: _____ *present*

PROCEEDING: Arraignment/ Inquiry re Counsel    BOND REC: _____

PTD HEARING

BOND HEARING HELD - (yes)/no        COUNSEL APPOINTED:

BOND SET @ _____ $100,000                                PSB

_____  *wrf*            FILED by ___ D.C.     *not proceed by proffer*

CO-SIGNATURES: _____                         *risk of flight v danger*

SPECIAL CONDITIONS:                    APR 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
SD. OF FLA. FT. LAUD.

1) Do not violate any law.

2) Appear in court as directed.    *Sur passport by Tuesday*

3) Surrender and/or do not obtain passports/
   travel documents.

4) Rpt to PTS as directed /or    in Miami   x's a
   week/month by phone; _____ x's a week/month
   in person.                                               *reading of indictment waived*

5) Random urine testing by Pretrial Services.
   Treatment as deemed necessary.

6) Maintain or seek full-time employment.                   *Agt sworn - James Hunt*

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.                       (Circle One)
                                                            Interpreter Required
9) No firearms.    *Sur guns to another by Friday*          No Interpreter     *Speaks*
                                                            Not Known          *English*
10) Curfew: _____
                                                            (Specify Language)
11) Travel extended to: Dade Broward
                        Palm Beach
12) _____ Halfway House     counties

_____ Electronic Monitoring _____

*Reside at current address, no illegal drugs or excessive alcohol*

*1 video tape*

*PTD denied - copies of exhibits in file - original returned to atty*

NEXT COURT APPEARANCE:        DATE:        TIME:        JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____ 5-2-00  11:00  LSS

STATUS CONFERENCE: _____

DATE: 4-17-00        TIME: 10:00 am        TAPE # 00- 028   PG # 2

1380-3610

00-029
1-