

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6090-CR-Zloch

UNITED STATES OF AMERICA

    vs

Orlando Mesa

ARRAIGNMENT INFORMATION SHEET

    The above named Defendant appeared before Magistrate Judge Barry S Seltzer on   4-17-00  , where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and couXXXXXXXnted/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:    Address: See Bond

    Telephone: _____

DEFENSE COUNSEL:    Name: Richard Diaz

    Address: _____

    Telephone: _____

BOND SET/CONTXXXXED:    $ 100,000 PSB

Bond hearing held: yes  X   no ____   Bond hearing set for _____

Dated this   17   day of   April  , 20 00 .

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: _____
Deputy Clerk

Tape No. 00-028

cc: Clerk for Judge
    U. S. Attorney