UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

USA

V                                               00-6090-CR-Zloch
Orlando Mesa

CLERK'S NOTICE OF FILING COPIES OF EXHIBITS

Attached are copies of exhibits offered by Attorney Richard Diaz at pretrial detention hearing held April 17th, 2000 before Magistrate Judge Barry S. Seltzer. Original exhibits were returned to Atty. Diaz after the hearing.

_____
Debbie Donovan
CRD for Magistrate Judge Seltzer



1989 B (Bronco II)
90 - Emission System, Fuel System, Manifold
6 CYL. 2.9L (177 C.I.D.) - E.F.I.
Fuel system and related parts - tank

# 1989 B (Bronco II)

90 - Emission System, Fuel System, Manifold
6 CYL. 2.9L (177 C.I.D.) - E.F.I.
Fuel system and related parts - tank



CPD 2000 Version 12.06 -- MARCH 2000

## REMOVAL AND INSTALLATION (Continued)

### All Fuel Tank—Bronco II

**Removal**

1. Drain fuel from fuel tank. Remove skid plate, if so equipped.
2. Remove two bolts from fuel tank support and straps.
3. Loosen screw clamp from fill pipe.
4. Lower fuel tank.
5. Remove sender unit, vapor valve tubes and push connectors.



**Installation**

1. Raise fuel tank and attach sender unit, vapor valve tubes, and push connectors.
2. Install fuel filler pipe on tank. Tighten clamp to specifications.
3. Attach two bolts to fuel tank support and straps and tighten.
4. Install skid plate. Tighten mounting bolts and nuts to specification, if so equipped.

### Fuel Filler System—Aerostar

**Lower Fill Pipe Assembly**

**Removal**

1. Remove fuel tank as outlined.
2. Remove clamp which secures lower fill pipe to the fuel tank.
3. Pull lower fill pipe from fuel pipe seal.

**Installation**

1. Push lower fill pipe into the fuel tank fill pipe seal until the lower fill pipe is fully seated (with dimple lines up with end of tab on fuel tank pipe seal), and secure clamp.
2. Install fuel tank as outlined.

**Upper Fill Pipe Assembly**

**Removal**

1. Drain fuel tank to the half-full level.
2. Remove three screws which secure the pipe assembly to the body side.
3. Loosen clamp that secures the outer fill hose to the lower fill pipe assembly.
4. Disconnect the fill hose from the lower fill pipe assembly.
5. Remove the upper fill pipe assembly by pulling the assembly up through the body side.
6. If required, the cap and tether assembly may be slipped off of the pipe assembly by pulling on the tether.

**Installation**

1. Insert fill pipe assembly through body side opening while guiding inner hose into the lower fill pipe assembly.
2. Secure the fill pipe assembly to the body side with three screws.
3. Position outer fill hose on lower fill pipe assembly and secure clamp.
4. Push cap tether over fill pipe assembly and install cap to the fill pipe assembly.

NOTE: Fuel tank must be less than half full before removing the upper fuel fill pipe.

NOTE: Fuel tank must be removed before lower fill pipe can be removed from the fuel tank.

# 1989 B (Bronco II)

90 - Emission System, Fuel System, Manifold
6 CYL. 2.9L (177 C.I.D.) - E.F.I.
Fuel system and related parts - tank



CPD 2000 Version 12.06 -- MARCH 2000

## REMOVAL AND INSTALLATION (Continued)

### Fuel Tank—Bronco II

**Removal**

1. Drain fuel from fuel tank. Remove skid plate, if so equipped.
2. Remove two bolts from fuel tank support and straps.
3. Loosen screw clamp from fill pipe.
4. Lower fuel tank.
5. Remove sender unit, vapor valve tubes and push connectors.



**Installation**

1. Raise fuel tank and attach sender unit, vapor valve tubes, and push connectors.
2. Install fuel filler pipe on tank. Tighten clamp to specifications.
3. Attach two bolts to fuel tank support and straps and tighten.
4. Install skid plate. Tighten mounting bolts and nuts to specification, if so equipped.

### Fuel Filler System—Aerostar

#### Lower Fill Pipe Assembly

**Removal**

1. Remove fuel tank as outlined.
2. Remove clamp which secures lower fill pipe to the fuel tank.
3. Pull lower fill pipe from fuel pipe seal.

**Installation**

1. Push lower fill pipe into the fuel tank fill pipe seal until the lower fill pipe is fully seated (with dimple lines up with end of tab on fuel tank pipe seal), and secure clamp.
2. Install fuel tank as outlined.

#### Upper Fill Pipe Assembly

**Removal**

1. Drain fuel tank to the half-full level.
2. Remove three screws which secure the pipe assembly to the body side.
3. Loosen clamp that secures the outer fill hose to the lower fill pipe assembly.
4. Disconnect the fill hose from the lower fill pipe assembly.
5. Remove the upper fill pipe assembly by pulling the assembly up through the body side.
6. If required, the cap and tether assembly may be slipped off of the pipe assembly by pulling on the tether.

**Installation**

1. Insert fill pipe assembly through body side opening while guiding inner hose into the lower fill pipe assembly.
2. Secure the fill pipe assembly to the body side with three screws.
3. Position outer fill hose on lower fill pipe assembly and secure clamp.
4. Push cap tether over fill pipe assembly and install cap to the fill pipe assembly.

NOTE: Fuel tank must be less than half full before removing the upper fuel fill pipe.

NOTE: Fuel tank must be removed before lower fill pipe can be removed from the fuel tank.










