UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA

       v.                    NOTICE SETTING CAUSE FOR TRIAL

ROBERTO FARRADAZ
BERNAL SOTO
EDGAR GUZMAN
ORLANDO MESA

_____

TAKE NOTICE that the above-entitled case has been set for Calendar Call at 9:00 AM, June 2, 2000 before the Honorable William J. Zloch, United States District Judge at the U. S. District Court, Courtroom A, 299 E. Broward Boulevard, Fort Lauderdale, Florida, for the trial period commencing June 5, 2000.  At that time each case will be assigned a number for trial.  Counsel for defendant shall notify defendant of the above dates.

Proposed Jury Instructions must be submitted at the beginning of trial.

Counsel are required to pre-mark all exhibits and provide the Court with an exhibit list.

All counsel are required to inform the Court when an interpreter is needed prior to trial.

All counsel are required to file current speedy trial reports prior to Calendar Call.

In a criminal case, if the defendant has not obtained counsel, the AUSA shall notify defendant of the above dates.

**Any motion for continuance for any reason must be filed 14**



**calendar days prior to calendar call.  Failure to do so will result in automatic denial of the motion.**

Please notify the Court immediately at (954) 769-5485 of any settlement in this case.

DATE: 4/18/2000

BY ORDER OF THE COURT:
CLARENCE MADDOX, CLERK

BY: _____

CARLINE T. NEWBY
COURTROOM DEPUTY CLERK

copies furnished:
Larry Bardfeld, Esq., AUSA
Vincent Flynn, Esq.
Jeffrey Voluck, Esq.
Robert Berube, Esq., AFPD
Richard Diaz, Esq.