UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,      :

       Plaintiff,              :

v.                              :

ROBERTO FARRADAS, et al.,      :

       Defendant.              :
_____

**STATUS REPORT**

    A status conference was held in this cause on May 1, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been sent, and counsel for the defendants shall have until May 17, 2000, within which to file pretrial motions.

    2. The parties will schedule a discovery conference to review the physical evidence.

    DATED at Fort Lauderdale, Florida, this _____ day of May, 2000.

                                                           LURANA S. SNOW
                                                         UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Larry Bardfeld (FTL)
Vincent Flynn, Esq.
Rick Diaz, Esq.