HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT  PABLO PUNTIEL                    CASE NO:  00-8029-CR-DIMITROULEAS
AUSA  KAREN ATKINSON / Rosenthal       ATTY  MARTIN BIDWILL

to be a plea                           Tim Day    @ 9:00    00 022

DEFT  ROBERT STEELE                    CASE NO:  00-6089-CR-ZLOCH
AUSA  BERTHA MITRANI - pres            ATTY  CHARLES JAFFEE

Disc going out today Fedex
No pending motions  5-17 mot due   @ 927

DEFT  ROBERTO FARRADAZ - ETAL          CASE NO:  00-6090-CR-ZLOCH
AUSA  LARRY BARDFELD                   ATTY  ~~VINCENT FLYNN~~  Diaz for Flynn

RICK DIAZ, ESQ. for Orlando Mesa/FPD for Edgar Guzman
\ pres   Disc out - disc conference needed @ 969
new cnsl may come in on Guzman  M/disc 5-17

DEFT  RAMON PERDOMO                    CASE NO:  00-6093-CR-FERGUSON
AUSA  ~~JEFFREY KAY~~ / Roger Powell   ATTY  FPD

Disc out today -
No pending motions - 5-15 for motions   @ 1033

DEFT  JUANA DUQUE-DIAZ                 CASE NO:  00-6094-CR-ROETTGER
AUSA  DEBRA STUART / Rosenthal         ATTY  MARTIN BIDWILL  Day stood in

M/cont filed
5-22 for motions                       @ 1081

DEFT                                   CASE NO:
AUSA                                   ATTY

DATE  MAY 1, 2000                      TIME  11:00