UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA   )
                                )
                                )
                                )
v.                             )
                                )
ROBERTO FARRADAZ,         )
BERNAL SOTO,             )
EDGAR GUZMAN,           )
ORLANDO MESA,           )
    Defendants.        )
_____)

**NIGHT BOX**
**FILED**
**MAY 1 1 2000**

**CLARENCE MADDOX**
**CLERK, USDC / SDFL / FTL**

GOVERNMENT'S SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

    The United States hereby files this supplemental response to the Standing Discovery Order.

    A.  1.  A copy of a written statement made by Defendant Soto after he was arrested is attached.

                              Respectfully submitted,

                              THOMAS E. SCOTT
                              UNITED STATES ATTORNEY

            By:

                              Laurence M. Bardfeld
                              Assistant United States Attorney
                              Florida Bar No. 712450
                              500 East Broward Boulevard, Suite 700
                              Fort Lauderdale, Florida 33394
                              Tel: (954) 356-7255, ext. 3510
                              Fax: (954) 356-7336

46

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand delivered this 12th day of May, 2000, to: Richard Diaz, Esquire, 2701 SW 3rd Avenue, Miami, FL 33129, Vincent Flynn, Esquire, 1221 Brickell Avenue, Suite 1020, Miami, FL 33131, Robert Berube, AFPD, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301, and Jeffrey Voluck, Esquire, 440 South Andrews Avenue, Fort Lauderdale, Fl 33301.

                                        Laurence M. Bardfeld
                                        Assistant United States Attorney