UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case Number 00-6090-Cr-Zloch

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ORLANDO MESA,

    Defendant.

_____/

## MOTION TO CONTINUE TRIAL

COMES NOW Defendant, ORLANDO MESA, by and through his undersigned counsel, and files his Motion to Continue Trial and in support thereof, states as follows:

1. This case is scheduled for trial commencing June 5, 2000.

2. This is the first trial setting in this matter.

3. Undersigned counsel is scheduled to commence a Category IV case on June 19, 2000 before the Honorable Patricia Seitz in the matter of <u>United States of America v. Salvador Magluta</u>, case number 99-0583-Cr-Seitz, where undersigned counsel represents Miguel Vega. The <u>Magluta</u> case involves numerous defendants and the trial date was scheduled nine months ago.

1

49

4. Undersigned counsel is in full preparation for trial in the <u>Magluta</u> case and is presently unprepared to commence trial in this case until after the Miguel Vega case in order to be effective.

5. Based on the foregoing, undersigned counsel will not be available to commence trial in this matter on June 5, 2000 and respectfully requests this Honorable Court continue trial in this matter.

6. AUSA Larry Bardfeld has no opposition to the granting of this motion.

7. Undersigned counsel's secretary spoke with Vincent Flynn, Esq., counsel for Roberto Farradaz, who has no objection to the granting of this motion. Counsel for the two remaining co-defendants were left messages regarding the filing of this motion. Undersigned counsel does not believe that they will oppose the granting of this motion. However, their responses have not been received as of the filing of this motion.

WHEREFORE, Defendant, ORLANDO MESA, respectfully requests this Honorable Court grant the relief requested herein.

Respectfully submitted,

Richard I. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: ridpa.com

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed/mailed this 19th day of May, 2000 to Larry Bardfeld, Esq., Assistant U.S. Attorney, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394-3002 (Fax 954-356-7228), Vincent J. Flynn, Esq., 1221 Brickell Avenue, Suite 1020, Miami, FL 33131 (Fax 305-858-7787), Jeffrey Voluck, Esq., 440 S. Andrews Avenue, Ft. Lauderdale, FL 33301-2830 (Fax 954-467-8991) and Robert Berube, Esq., Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Suite 202, Ft. Lauderdale, FL 33301.

Richard I. Diaz, Esq.