UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA )
)
)
)
v. )
)
ROBERTO FARRADAZ, )
EDGAR GUZMAN, )
ORLANDO MESA, and )
BERNAL SOTO )
Defendants. )
_____ )



### GOVERNMENT'S SECOND SUPPLEMENTAL RESPONSE
### TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing
Discovery Order.

- A.    1.    A copy of a written statement made by Defendant
Soto is attached.

-        2.    That portion of the written record containing the
substance of any oral statement made by Defendant
Guzman before or after arrest in response to
interrogation by any person then known to the
defendant to be a government agent is attached.



5.  Books, papers, documents, photographs, or tangible objects which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendants are attached. Originals of those items will be available for inspection at a discovery conference.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By:

Laurence M. Bardfeld
Assistant United States Attorney
Florida Bar No. 712450
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255, ext. 3510
Fax: (954) 356-7336

cc:  Special Agent James Houk, Customs

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand delivered this 26ᵗʰ day of May, 2000, to: Richard Diaz, Esquire, 2701 SW 3ʳᵈ Avenue, Miami, FL 33129, Vincent Flynn, Esquire, 1221 Brickell Avenue, Suite 1020, Miami, FL 33131, H. Frank Rubio, Esquire, 10800 Biscayne Boulevard, Suite 570, Miami, FL 33161, and  Jeffrey Voluck, Esquire, 440 South Andrews Avenue, Fort Lauderdale, Fl 33301.

Laurence M. Bardfeld
Assistant United States Attorney

3