UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            **ORDER GRANTING CONTINUANCE**
                                  **AND RESETTING TRIAL**

ROBERTO FARRADAZ,
BERNAL SOTO,
EDGAR GUZMAN, and
ORLANDO MESA,

    Defendants.
_____/

    THIS MATTER is before the Court for Calendar Call on June 2, 2000, and upon the Defendant, Orlando Mesa's, Motion To Continue Trial, bearing Certificate of Service dated May 19, 2000, and based upon the unavailability of counsel for said Defendant and the need of said counsel for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the Defendant, Orlando Mesa's, Motion To Continue Trial be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendants in a Speedy Trial.

    **IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of June 5, 2000 and is



hereby reset for the two-week trial calendar commencing on Monday, August 28, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, August 25, 2000, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, May 19, 2000, through and including August 28, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Laurence M. Bardfeld, Esq., AUSA
Vincent J. Flynn, Esq.
Jeffrey M. Voluck, Esq.
Herman F. Rubio, Jr., Esq.
Richard J. Diaz, Esq.

2