UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case Number 00-6090-Cr-Zloch

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ORLANDO MESA,

    Defendant.
_____/

## DEFENDANT, ORLANDO MESA', UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW Defendant, ORLANDO MESA, by and through his undersigned counsel, and files his Unopposed Motion to Continue Trial and in support thereof, states as follows:

1. This case is scheduled for trial commencing August 28, 2000.

2. Undersigned counsel is presently involved in a federal criminal trial in Miami in the matter of United States of America v. Miguel Vega, case number 99-583-Cr-Seitz. Trial in this case is expected to conclude on or about October, 2000. Therefore, it is respectfully requested that the trial in this case be rescheduled accordingly.

3. AUSA Larry Bardfeld has no objection to the granting of this motion.

1

WHEREFORE, Defendant, ORLANDO MESA, respectfully requests this Honorable Court enter an order continuing trial in this matter.

Respectfully submitted,

_____
Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: rick@rjdpa.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed/mailed this 11th day of August, 2000 to Larry Bardfeld, Esq., Assistant U.S. Attorney, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394-3002 (Fax 954-356-7228), Vincent J. Flynn, Esq., 1221 Brickell Avenue, Suite 1020, Miami, FL 33131 (Fax 305-858-7787), Jeffrey Voluck, Esq., 440 S. Andrews Avenue, Ft. Lauderdale, FL 33301-2830 (Fax 954-467-8991) and Robert Berube, Esq., Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Suite 202, Ft. Lauderdale, FL 33301.

_____
Richard J. Diaz, Esq.

mswd\fed\omesa\mot2cont\mvg

2