UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE
AND RESETTING TRIAL**

ROBERTO FARRADAZ,
EDGAR GUZMAN, and
ORLANDO MESA,

    Defendants.
_____/

FILED by _____ D.C.

AUG 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court for Calendar Call on August 25, 2000, and upon the Defendant, Orlando Mesa's, Unopposed Motion To Continue Trial, bearing Certificate of Service dated August 11, 2000, based upon the unavailability of counsel for said Defendant. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Orlando Mesa's, Unopposed Motion To Continue Trial be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of August 28, 2000 and is hereby reset for the two-week trial calendar commencing

63

on Monday, October 23, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, October 20, 2000, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, August 11, 2000, through and including October 23, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _25th_ day of August, 2000.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Laurence Bardfeld, Esq., AUSA

Richard J. Diaz, Esq.
For Defendant Mesa

Vincent J. Flynn, Esq.
For Defendant Farradaz

Herman Frank Rubio, Esq.
For Defendant Guzman

2