UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6090-CR-Zloch   DATE 10-20-00
CLERK Carlene Newby   REPORTER Carl Schanzleh
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Roberto Farradaz;
Edgar Guzman; Orlando Mesa
U. S. ATTORNEY Kathleen Rice   DEFT COUNSEL Richard Diaz

DEFENDANT:   PRESENT ___   NOT PRESENT ___   ON BOND ___   IN CUSTODY ___

REASON FOR HEARING Calendar Call

RESULT OF HEARING Guzman To Plea — Farrada z Fugitive
Jury Selection for Mesa Ttoo
Tues Not 7 — Nov 16 @ 9:30

JUDGMENT _____

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC 2 days