UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6090-Cr-Zloch

UNITED STATES OF AMERICA

Plaintiff,

v.

ORLANDO MESA,

Defendant.
_____/

### NOTICE OF VACATION

PLEASE TAKE NOTICE that the undersigned attorney hereby files this Notice with the Court and all Counsel of Record in this matter that the offices of the undersigned will be closed from Monday, December 25, 2000 through Friday, December 29, 2000 for the Christmas holidays. Counsel will be unavailable for any hearing, depositions or other proceedings in this matter and respectfully requests that such matters not be scheduled during this period.

Respectfully submitted,

Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: rick@rjdpa.com

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 20th day of October, 2000 to Larry Bardfeld, Esq., Assistant U.S. Attorney, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394-3002 (Fax 954-356-7228), Vincent J. Flynn, Esq., 1221 Brickell Avenue, Suite 1020, Miami, FL 33131 (Fax 305-858-7787), Jeffrey Voluck, Esq., 440 S. Andrews Avenue, Ft. Lauderdale, FL 33301-2830 (Fax 954-467-8991) and Robert Berube, Esq., Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Suite 202, Ft. Lauderdale, FL 33301.

Richard J. Diaz, Esq.

mswd\fed\omesa\not-vacation\mvg