UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA

v.                                    NOTICE

ORLANDO MESA

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            November 21, 2000 at 10:15 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: November 15, 2000

cc:
Larry Bardfeld, Esq., AUSA
Richard Diaz, Esq.

