UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
NOV 2 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER CC-6090-Cr-Zloch  DATE 11-21-00
CLERK Carline Newby  REPORTER Carl Schanzleh
PROBATION ___  INTERPRETER ___

UNITED STATES OF AMERICA v. Orlando Mesa

U. S. ATTORNEY Larry Bardfeld  DEFT COUNSEL Richard Diaz

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Change of Plea to Count 3

RESULT OF HEARING Deft entered a plea of guilty to Count 3

JUDGMENT Court accepted plea & adjudged deft guilty to Count 3

CASE CONTINUED TO 2-2-01  TIME 10:00  FOR Sentencing

MISC Written Plea Agreement

76