UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION



NIGHT BOX FILED
JAN 31 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

Case Number 00-6090-Cr-Zloch

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ORLANDO MESA,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW Defendant, ORLANDO MESA, by and through his undersigned counsel, and files his Motion to Continue Sentencing and in support thereof, states as follows:

1. This case is scheduled for Sentencing for Friday, February 2, 2001.

2. This is the first sentencing setting in this matter.

3. By mistake, counsel's office miscalendar another sentencing previously scheduled on the case of U.S. v. Guadalupe Arevalo, Case No. #99-Cr-438-T-17E, at 10:00 a.m. as well but just learned today that the Tampa case was also scheduled for Feb 2, 2001.

4. The Tampa sentencing has already been rescheduled once and it is a more complicated sentencing of that of Orlando Mesa.

-1

5. We respectfully request and order granting this motion.

6. Assistant United States Attorney, Larry Bardfeld has no opposition to the granting of this motion.

WHEREFORE, Defendant, ORLANDO MESA, respectfully requests this Honorable Court grant the relief requested herein.

Respectfully submitted,

_____
Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: rick@rjdpa.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed/mailed this 31st day of January, 2001 to Larry Bardfeld, Esq., Assistant U.S. Attorney, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394-3002 (Fax 954-356-7228),

_____
Richard J. Diaz, Esq.

2