-cr-06090-WJZ  Document 87  Entered on FLSD Docket 02/05/2001  P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    v.

ORLANDO MESA

    Defendant

_____

O R D E R



FILED by _____ D.C.

FEB 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

THIS MATTER is before the Court upon Defendant's Unopposed Motion To Continue Sentencing (filed January 31, 2001). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. Sentencing of the defendant ORLANDO MESA is hereby reset to February 16, 2001 at 9:30 A.M., Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___2nd___ day of February, 2001.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Larry Bardfeld, Esq., AUSA
Richard Diaz, Esq.
Probation

