RECEIVED & FILED IN OPEN COURT
ON **2/16/01** AT
**Fort Lauderdale**, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

MESA.5K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA )
)
v. )
)
)
ORLANDO MESA, )
)
_____)

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
## BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE

Pursuant to 18 U.S.C. § 3553(e), and § 5K1.1 of the Sentencing Guidelines, the United States of America moves for a downward departure of ORLANDO MESA's guideline range, below the minimum sentence established by statute or guidelines, based on the substantial assistance he has provided to the Government. The defendant has provided substantial assistance in the investigation and prosecution of others involved in narcotics smuggling and other criminal activity. The information provided by the defendant has been truthful and reliable. The defendant has provided assistance in a timely manner. The United States will make the full nature and extent of Defendant's cooperation

known at sentencing.

WHEREFORE, the United States respectfully requests that this Court depart downward from ORLANDO MESA's guideline sentence range, below the minimum sentence established by statute or guideline for the substantial assistance he has provided.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
Assistant U.S. Attorney
Federal Courthouse
500 East Broward Blvd., #700
Ft. Lauderdale, Florida  33301
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 712450

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this ___16th___ day of February, 2001, to: Richard Diaz, Esquire, 2701 SW 3rd Avenue, Miami, FL 33129.

_____
LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY