UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
FEB 16 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER  00-6090-CR-ZLOCH   DATE 2/16/01
CLERK Mazda K. Antia              REPORTER Carl Schanzleh
PROBATION Tracy Webb              INTERPRETER

UNITED STATES OF AMERICA v. Orlando Mesa

U. S. ATTORNEY Larry Bardfeld      DEFT COUNSEL Richard Diaz

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING  Sentencing

RESULT OF HEARING Gov't's motion for downward departure granted. Court imposes sentence of Time Served. 4 year term of supervised release. No fine imposed if ∆ unable to pay. ∆ must allow Gov't complete access to his financial information

JUDGMENT including disclosure of all business + personal finances. Must participate in alcohol abuse program as directed by probation office, including co-payment directed by probation office.
∆ Must pay U.S.A. special assessment of $100 as to Count 3.

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC _____

89