# United States District Court

## Southern District of Florida
FORT LAUDERDALE DIVISION

FILED by _____ D.C.

FEB 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| **ORLANDO MESA** | Case Number: **00-6090-CR-ZLOCH** |
| | Counsel For Defendant: **RICHARD DIAZ, ESQ.** |
| | Counsel For The United States: **LAURENCE BARDFELD, ESQ., AUSA** |
| | Court Reporter: **Carl Schanzleh** |

**THE DEFENDANT:**

[X] pleaded guilty to count three

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] Was found guilty on count(s) _____ after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 21:846 conspiracy to possess with intent to distribute cocaine | | 3/00 | 3 |

The defendant is sentenced as provided in pages 2 through __8__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Counts remaining are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **1/4/71**
Defendant's USM Number: **60494-004**

Defendant's Residence Address:
6416 W. 22nd Court
Hialeah, FL 33016

Defendant's Mailing Address:
6416 W. 22nd Court
Hialeah, FL 33016

2/16/01
Date of Imposition of Judgment

Signature of Judicial Officer

**William J. Zloch**
**Chief U.S. District Court Judge**

Date: 2/21/01

No further action required by the U.S. Marshals Service.

James A. Tassone
UNITED STATES MARSHAL

Ed Pulchase
SDUSM