PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63360

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6090-CR-ZLOCH

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: MESA, Orlando

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief U.S. District Judge, Ft. Lauderdale, FL

Date of Original Sentence: February 16, 2001

Original Offense:   Conspiracy to Possess with Intent to Distribute Cocaine, in violation of Title 21 U.S.C. § 846

Original Sentence:  Imprisonment of time served; four (4) years supervised release with special conditions to: (1) provide complete access to financial information, including disclosure of all business and personal finances; and (2) participate in an approved treatment program for alcohol abuse as directed by the U.S. Probation Office. A special assessment was set at $100.00

Type of Supervision: Supervised Release        Date Supervision Commenced:   02/16/2001

---

## PETITIONING THE COURT

[]   To extend the term of supervision for __ years, for a total term of __ years.
[X]  To modify the conditions of supervision as follows:

The defendant shall reside at and participate in a Community Corrections Center for a period not to exceed 120 days, or until otherwise released at the direction of the U.S. Probation Officer.

PROB 12B  
(SD/FL 9/96)                                                                                               SD/FL PACTS No. 63360

# CAUSE

**Violation of Standard Condition,** by failing to notify the probation office of any change in residence. On or about July 1, 2002, the supervised releasee moved from his approved residence of 6416 West 22 Court, Hialeah, FL 33016, without the consent of the U.S. Probation Office. Further, the defendant's whereabouts were unknown from on or about July 1, 2002, until July 18, 2002.

**Violation of Standard Condition,** by failing to submit a truthful and complete written monthly report within the first five (5) days of each month. The supervised releasee has failed to submit a written monthly report for the months of March, April, May, and June, 2002.

**Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about, July 19, 2002, the supervised releasee submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by PharmChem Laboratories, Incorporated. Furthermore, on July 25, 2002 the supervised releasee signed an admission of drug use form confirming his illegal use of cocaine.

On July 17, 2002, this officer conducted a routine home inspection of Mr. Mesa's approved residence, located at 6416 West 22 Court, Hialeah, Florida. The defendant's wife, Mrs. Betsy Mesa-Fernandez, advised this officer that the defendant had not resided at the above-mentioned residence since on or about July 1, 2002. Mrs. Mesa-Fernandez stated the defendant had committed adultery and the defendant was asked to leave the residence. As a result, the defendant moved with his father to 5850 NW 115 Street, Miami, Florida

On July 19, 2002, the defendant reported to the U.S. Probation Office as instructed. Mr. Mesa was confronted concerning having committed the following violations of his supervised release: (1) changing his residence without prior authorization from this officer; (2) failing to submit a truthful and complete written monthly report within the first five (5) days of each month for the months of March, April, May, and June, 2002; and (3) using a controlled substance (cocaine).

On this same date, Mr. Mesa was advised that the Court would be made aware of the above-cited violations. Mr. Mesa admitted to all violations and voluntarily waived his statutory right to a hearing and to assistance of counsel by signing Probation Form 49. Mr. Mesa was remorseful for his actions. He advised that as a result of his acts his wife made him leave the home and he became confused. Mr. Mesa asked for an opportunity to redeem himself and is well aware that any future violations may be grounds for revocation. By way of a sanction, the supervised releasee agreed to reside at and participate in the Community Corrections Center for a period not to exceed 120 days, or until otherwise released at the direction of the U.S. Probation Officer.

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63360

**U.S. Probation Officer's Recommendation:** This U.S. Probation Officer is in direct contact with Mr. Mesa on a regular basis. Mr. Mesa has complied with this officer's instructions and has not had any other positive drug results. Mr. Mesa's new residence has been verified and approved. It is respectfully requested that Your Honor sign the petition modifying Mr. Mesa's supervision, ordering CCC placement for a period of 120 days. Should Your Honor have any further questions or concerns, please do not hesitate to contact this officer at (305) 512-1813.

Respectfully submitted,

by _____

Nelson Omar Valenzuela  
U.S. Probation Officer  
Phone: (305) 512-1813  
Date: July 25, 2002

Reviewed by: _____  
Marcelo L. Rodriguez, Supervising  
U.S. Probation Officer

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

8/13/02  
Date