PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63360

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6090-CR-ZLOCH**

FILED by _____ D.C.  
MAY 2003  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: MESA, Orlando

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief U.S. District Judge, Ft. Lauderdale, FL

Date of Original Sentence:    February 16, 2001

Original Offense:   Conspiracy to Possess with Intent to Distribute Cocaine, in violation of Title 21 U.S.C. § 846

Original Sentence:   Time served; four (4) years supervised release with the following special conditions: (1) provide complete access to financial information, including disclosure of all business and personal finances; and (2) participate in an approved treatment program for alcohol abuse as directed by the U.S. Probation Office. A special assessment was set at $100.00

Type of Supervision: Supervised Release          Date Supervision Commenced:   02/16/2001

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

The defendant shall reside at and participate in a Community Corrections Center for a period not to exceed 180 days, or until otherwise released at the direction of the U.S. Probation Officer.

## CAUSE

**Violation of Mandatory Condition:** By unlawfully possessing or using a controlled substance. On February 24, 2003, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory, and subsequently confirmed positive by PharmChem Laboratories, Inc. Furthermore, the defendant denied the usage of the illegal substance.



PROB 12B                                                                                              SD/FL PACTS No. 63360
(SD/FL 9/96)

**Violation of Mandatory Condition** - By failing to refrain from violation of the law. On March 2, 2003, in Miami-Dade County, Florida, the defendant was arrested by the Miami-Dade County Police Department and charged with Driving with a License Suspended, in violation of State of Florida Statute 322.34(2).

**Violation of Standard Condition,** by failing to notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer. On or about March 2, 2003, the defendant was arrested by the Miami-Dade County Police Department, in the city of Miami, Florida, and he failed to advise the U.S. Probation Officer until confronted regarding the arrest on April 10, 2003.

**Violation of Standard Condition,** by failing to submit a truthful and complete written monthly report within the first five (5) days of each month. The defendant failed to submit a written monthly report for the month of March, 2003.

**Violation of Standard Condition,** by failing to submit a truthful and complete written monthly report. The defendant's Monthly Supervision Report for March 2003, contained false information regarding the defendant's arrest on or about March 2, 2003.

On February 27, 2003, the defendant was confronted concerning the positive results for cocaine detected in the urine specimen taken on February 24, 2003. On this date, the defendant denied usage of the illegal substance of cocaine and refused to sign an Admission of Drug Use Form. Mr. Mesa was sanctioned to report twice a week for a period of 60 days to the U.S. Probation Office and submit a urinalysis test. Mr. Mesa has obeyed the instructions of this probation officer and has not tested positive for any other substances.

On March 13, 2003 this officer advised Your Honor of the above-mentioned violation and respectfully requested that no further action be taken regarding this matter at that time. On March 17, 2003, Your Honor concurred with this officer's request and signed Probation Form 12A confirming the same.

On or about March 20, 2003, this officer conducted a Miami-Dade County criminal record check on Mr. Mesa, which revealed that he was arrested on March 2, 2003 and charged with Driving with a License Suspended in violation of State of Florida, Statute 322.34(2).

On April 10, 2003, the defendant reported to the U.S. Probation Office as instructed. Mr. Mesa was confronted concerning having committed the following violations of his supervised release: (A) The arrest of March 2, 2003 for Driving With a Suspended License, (B) his failure to report arrest within seventy-two (72) hours, (C) his failure to submit the Monthly Supervision Report for March 2003, within the first five (5) days of each month, and (D) not being truthful on the Monthly Supervision Report for March, 2003 concerning his above-mentioned arrest.

Mr. Mesa was advised on April 10, 2003, that the Court would be made aware of the above-cited violations. Mr. Mesa admitted to all violations and voluntarily waived his statutory right to a hearing and to assistance of counsel by signing Probation Form 49. Mr. Mesa has displayed remorse for his actions and has asked for an opportunity to redeem himself. Mr. Mesa is well aware that any future violations may be grounds for revocation. Furthermore, by way of a sanction, the defendant has agreed to reside at and participate in the Community Corrections Center for a period not to exceed 180 days, or until otherwise released at the direction of the U.S. Probation Officer.

PROB 12B  
(SD/FL 9/96) SD/FL PACTS No. 63360

**U.S. Probation Officer's Recommendation:** This U.S. Probation Officer is in direct contact with Mr. Mesa on a regular basis. Mr. Mesa has complied with this officer's instructions and has not had any other positive drug results. It is respectfully requested that Your Honor sign the petition modifying Mr. Mesa's supervision, ordering CCC placement for a period of 180 days. Should Your Honor have any further questions or concerns, please do not hesitate to contact this officer at (305) 512-1813.

Respectfully submitted,

by

Nelson Omar Valenzuela  
U.S. Probation Officer  
Phone: (305) 512-1813  
Date: April 22, 2003

Reviewed by: _____  
Marcelo L. Rodriguez, Supervising  
U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

5/1/03  
Date