PROB 12B                                               SD/FL PACTS No. 63360
(SD/FL 9/96)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6090-CR-ZLOCH</u>

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

FILED by _____ D.C.
SEP 2 7 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Name of Offender:  MESA, Orlando

Name of Sentencing Judicial Officer:  The Honorable William J. Zloch, Chief U.S. District Judge,
                                      Ft. Lauderdale, FL

Date of Original Sentence:  February 16, 2001

Original Offense:   Conspiracy to Possess with Intent to Distribute Cocaine, in violation of Title 21 U.S.C. § 846

Original Sentence:  Time served; four (4) years supervised release with the following special conditions: (1) provide complete access to financial information, including disclosure of all business and personal finances; and (2) participate in an approved treatment program for alcohol abuse as directed by the U.S. Probation Office. A special assessment was set at $100.00

On August 13, 2002, Probation Form 12B: Modification of Conditions of Probation to include defendant's participation in CCC.

On May 1, 2003, Probation Form 12B: Modification of Conditions of Probation to include defendant's participation in CCC.

Type of Supervision: Supervised Release        Date Supervision Commenced: February 16, 2001

## PETITIONING THE COURT

[]   To extend the term of supervision for _ years, for a total term of _ years.
[X]  To modify the conditions of supervision as follows:



PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63360

Name of Offender:  MESA, Orlando                    CASE NO. 00-6090-CR-ZLOCH

>The defendant shall participate in the Home Detention Electronic Monitoring Program until the expiration of his Term of Supervised Release on **February 15, 2005** . During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer. In addition, the defendant shall pay costs of electronic monitoring at the rate of $ **3.49** each day.

# CAUSE

**Violation of Mandatory Condition,** by failing to refrain from violation of the law. On May 1, 2004, the defendant was arrested by the City of Miami Police Department and charged with Possession of Marijuana (Case Number: M04023271).

**Violation of Standard Condition,** by failing to notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer. On May 1, 2004, the defendant was arrested by the City of Miami Police Department. The defendant failed to advise the U.S. Probation Officer until confronted regarding the arrest on August 31, 2004.

**Violation of Standard Condition,** by failing to submit a truthful and complete written monthly report. The defendant's Monthly Supervision Reports for May, June, and July 2004, contained false information regarding the defendant's arrest on May 1, 2004.

On August 30, 2004, this officer conducted a Miami-Dade County criminal record check on Mr. Mesa, which revealed that he was arrested on May 1, 2004 and charged with Possession of Marijuana.

On August 31, 2004, the defendant reported to the U.S. Probation Office as instructed. Mr. Mesa was confronted concerning having committed the following violations of his supervised release: (A) The arrest of May 1, 2004 for Possession of Marijuana, (B) his failure to report arrest within seventy-two (72) hours, and (C) not being truthful on the Monthly Supervision Reports for May, June, and July, 2004 concerning his above-mentioned arrest.

Mr. Mesa was advised on this date, that the Court would be made aware of the above-cited violations. Mr. Mesa admitted to all violations and voluntarily waived his statutory right to a hearing and to assistance of counsel by signing Probation Form 49. Mr. Mesa has displayed remorse for his actions and has once again asked for an opportunity to redeem himself. Mr. Mesa is well aware that the above-mentioned violations may be grounds for revocation. Furthermore, by way of a sanction, the defendant has agreed to Home Detention Electronic Monitoring until his expiration date of February 15, 2005.

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63360

Name of Offender: MESA, Orlando    CASE NO. 00-6090-CR-ZLOCH

**U.S. Probation Officer's Recommendation:** This U.S. Probation Officer is in direct contact with Mr. Mesa on a regular basis. Mr. Mesa has complied with this officer's instructions and has not had any recent positive drug results. It is respectfully requested that Your Honor sign the petition modifying Mr. Mesa's supervision, ordering Home Detention Electronic Monitoring. Should Your Honor have any further questions or concerns, please do not hesitate to contact this officer at (305) 808-6454.

Respectfully submitted,

by

Nelson Omar Valenzuela  
U.S. Probation Officer  
Phone: (305) 808-6454  
Date: September 15, 2004

Reviewed by: _____  
Brian Brownstein, Supervising  
U.S. Probation Officer

THE COURT ORDERS:

[ ]  No Action  
[ ]  The Extension of Supervision as Noted Above  
[X]  The Modification of Conditions as Noted Above  
[ ]  Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

9/27/04  
_____  
Date