PROB 12C
(SD/FL 9/96)



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>00-6090-CR-ZLOCH</u>**

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Mesa, Orlando

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief U.S. District Judge, Ft. Lauderdale, FL

Date of Original Sentence: February 16, 2001

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Cocaine, in violation of Title 21, U.S.C. §846, a Class A felony. |
| Original Sentence: | Time served; four (4) years supervised release with the following special conditions: (1) Provide complete access to financial information, including disclosure of all business and personal finances; and (2) Participate in an approved treatment program for alcohol abuse as directed by the U.S. Probation Office. A special assessment was set at $100.00 |
| | On August 13, 2002, the releasee's supervision was modified to include defendant's participation in a CCC, after he tested positive for the use of Cocaine. |
| | On May 1, 2003, the releasee's supervision was again modified to include the defendant's participation in a CCC, after he tested positive for the use of cocaine; arrested for driving with a suspended license; failing to notify the probation office within 72 hours of being arrested; and filing a false Monthly Supervision Report. |
| | On September 2, 2004, Your Honor signed an order modifying the releasee's supervision to include Home Detention with Electronic Monitoring until his supervision termination date of February 15, 2005, as the result of his arrest for Possession of Marijuana, failing to notify the probation office within 72 hours of being arrested and submitting a monthly supervision report with false information. |

Type of Supervision: Supervised Release              Date Supervision Commenced: July 12, 2002

Assistant U.S. Attorney:                              Defense Attorney:
Jack Blakey                                          Faith Mesnekoff

---

## PETITIONING THE COURT

[X]   To issue a warrant
[]    To issue a summons



PROB 12C  
(SD/FL 9/96  

SD/FL PACTS No. 63360

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On November 10, 2004, the defendant was arrested by the City of Hialeah Police Department and charged with Possession of Marijuana with Intent to Distribute, contrary to Florida Statue 893.13

2. **Violation of Standard Condition,** by failing to notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer. On November 10, 2004, the defendant was arrested by the City of Hialeah Police Department. The defendant failed to advise the U.S. Probation Officer until confronted regarding the arrest on November 15, 2004.

3. **Violation of Standard Condition,** by failing to follow the instructions of the probation officer. The defendant was instructed to notify the probation officer anytime he left the fixed site location of his employment. On November 10, 2004, the defendant left his work location of 91 West 29th Street, Hialeah, Florida and was arrested on or about East 10th Avenue and 9th Street, Hialeah, Florida.

U.S. Probation Officer Recommendation:

[ ] The term of supervision should be  
[X] revoked.  
[ ] extended for _ years, for a total term of _ years.

[ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

by  
Lawrence Martin  
U.S. Probation Officer  
Phone: 305-808-6425  
Date: November 17, 2004

THE COURT ORDERS:

[ ] No Action  
[X] The Issuance of a Warrant  
[ ] The Issuance of a Summons  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

11/22/04  
Date