PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 63360

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6090-CR-ZLOCH



FILED by _____ D.C.

NOV 3 0 2004

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - MIAMI

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Mesa, Orlando

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief U.S. District Judge, Ft. Lauderdale, FL

Date of Original Sentence: February 16, 2001

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Cocaine, in violation of Title 21, U.S.C. §846, a Class A felony. |
| Original Sentence: | Time served; four (4) years supervised release with the following special conditions: (1) Provide complete access to financial information, including disclosure of all business and personal finances; and (2) Participate in an approved treatment program for alcohol abuse as directed by the U.S. Probation Office. A special assessment was set at $100.00 |
| | On August 13, 2002, the releasee's supervision was modified to include defendant's participation in a CCC, after he tested positive for the use of Cocaine. |
| | On May 1, 2003, the releasee's supervision was again modified to include the defendant's participation in a CCC, after he tested positive for the use of cocaine; arrested for driving with a suspended license; failing to notify the probation office within 72 hours of being arrested; and filing a false Monthly Supervision Report. |
| | On September 2, 2004, Your Honor signed an order modifying the releasee's supervision to include Home Detention with Electronic Monitoring until his supervision termination date of February 15, 2005, as the result of his arrest for Possession of Marijuana, failing to notify the probation office within 72 hours of being arrested and submitting a monthly supervision report with false information. |

Type of Supervision: Supervised Release          Date Supervision Commenced: July 12, 2002

Assistant U.S. Attorney:                          Defense Attorney:  
Jack Blakey                                       Faith Mesnekoff

---

## PETITIONING THE COURT

[X]   To issue a warrant  
[]    To issue a summons



¡ROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 63360

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On November 10, 2004, the defendant was arrested by the City of Hialeah Police Department and charged with Possession of Marijuana with Intent to Distribute, contrary to Florida Statue 893.13 |
| 2. | **Violation of Standard Condition,** by failing to notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer. On November 10, 2004, the defendant was arrested by the City of Hialeah Police Department. The defendant failed to advise the U.S. Probation Officer until confronted regarding the arrest on November 15, 2004. |
| 3. | **Violation of Standard Condition,** by failing to follow the instructions of the probation officer. The defendant was instructed to notify the probation officer anytime he left the fixed site location of his employment. On November 10, 2004, the defendant left his work location of 91 West 29th Street, Hialeah, Florida and was arrested on or about East 10th Avenue and 9th Street, Hialeah, Florida. |

U.S. Probation Officer Recommendation:

[ ]  The term of supervision should be  
[X]  revoked.  
[ ]  extended for _ years, for a total term of _ years.

[ ]  The conditions of supervision should be modified as follows:

Respectfully submitted,

by _____  
Lawrence Martin  
U.S. Probation Officer  
Phone: 305-808-6425  
Date: November 17, 2004

THE COURT ORDERS:

[ ]  No Action  
[X]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

_____  
Signature of Judicial Officer

11/22/04  
Date

PROB 12C
(SD/FL 9/96

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. <u>00-6090-CR-ZLOCH</u>



## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Mesa, Orlando

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief U.S. District Judge, Ft. Lauderdale, FL

Date of Original Sentence: February 16, 2001

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Cocaine, in violation of Title 21, U.S.C. §846, a Class A felony. |
| Original Sentence: | Time served; four (4) years supervised release with the following special conditions: (1) Provide complete access to financial information, including disclosure of all business and personal finances; and (2) Participate in an approved treatment program for alcohol abuse as directed by the U.S. Probation Office. A special assessment was set at $100.00 |

On August 13, 2002, the releasee's supervision was modified to include defendant's participation in a CCC, after he tested positive for the use of Cocaine.

On May 1, 2003, the releasee's supervision was again modified to include the defendant's participation in a CCC, after he tested positive for the use of cocaine; arrested for driving with a suspended license; failing to notify the probation office within 72 hours of being arrested; and filing a false Monthly Supervision Report.

On September 2, 2004, Your Honor signed an order modifying the releasee's supervision to include Home Detention with Electronic Monitoring until his supervision termination date of February 15, 2005, as the result of his arrest for Possession of Marijuana, failing to notify the probation office within 72 hours of being arrested and submitting a monthly supervision report with false information.

Type of Supervision: Supervised Release     Date Supervision Commenced: July 12, 2002

Assistant U.S. Attorney:                     Defense Attorney:
Jack Blakey                                  Faith Mesnekoff

## PETITIONING THE COURT

[X]  To issue a warrant
[]   To issue a summons




PROB 12C                                                              SD/FL PACTS No. 63360
(SD/FL 9/96

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1.                      **Violation of Mandatory Condition,** by failing to refrain from violation
                        of the law. On November 10, 2004, the defendant was arrested by the City
                        of Hialeah Police Department and charged with Possession of Marijuana
                        with Intent to Distribute, contrary to Florida Statue 893.13

2.                      **Violation of Standard Condition,** by failing to notify the probation
                        officer within seventy-two (72) hours of being arrested or questioned by
                        a law enforcement officer. On November 10, 2004, the defendant was
                        arrested by the City of Hialeah Police Department. The defendant failed
                        to advise the U.S. Probation Officer until confronted regarding the arrest
                        on November 15, 2004.

3.                      **Violation of Standard Condition,** by failing to follow the instructions of
                        the probation officer. The defendant was instructed to notify the probation
                        officer anytime he left the fixed site location of his employment. On
                        November 10, 2004, the defendant left his work location of 91 West 29th
                        Street, Hialeah, Florida and was arrested on or about East 10th Avenue and
                        9th Street, Hialeah, Florida.

U.S. Probation Officer Recommendation:

[]    The term of supervision should be
[X]   revoked.
[]    extended for _ years, for a total term of _ years.

[]    The conditions of supervision should be modified as follows:

                                                    Respectfully submitted,

                                              by    _____
                                                    Lawrence Martin
                                                    U.S. Probation Officer
                                                    Phone: 305-808-6425
                                          WM        Date: November 17, 2004

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

                                              _____
                                              Signature of Judicial Officer

                                              11/22/04
                                              _____
                                              Date

PROB 19a                                                                 SD/FL PACTS No. 63360

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6090-CR-ZLOCH

U.S.A. vs Orlando Mesa

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

*RECEIVED NOV 2 3 2004 U.S. PROBATION OFFICE FT LAUDERDALE, FLORIDA*

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |||||
| NAME OF SUPERVISED RELEASEE<br>Orlando Mesa || SEX<br>Male | RACE<br>W/H | AGE<br>33 |
| ADDRESS (STREET,CITY,STATE)<br>5256 NE 2nd Court, #1, Miami, FL |||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. DISTRICT COURT ||| DATE IMPOSED<br>February 16, 2001 ||
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. DISTRICT COURT, MIAMI, FL |||||
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK<br>*U.S. DISTRICT JUDGE William J. Z.* ||| DATE |

*Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court Southern District of Florida Barbara [signature] Deputy Clerk*

| RETURN ||||
|---|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED || DATE EXECUTED 11/30/04 |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
|  ||||
| NAME | (BY) || DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for  Southern  District of  Florida  ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."