# COURT MINUTES

## U.S. MAGISTRATE JUDGE EDWIN G. TORRES - FORT LAUDERDALE, FLORIDA

DEFT: ORLANDO MESA (J)   CASE NO: 00-6090-CR-ZLOCH
AUSA: JACK BLAKEY  Vaglienti *rvs*   ATTY: Fred Muldoval (tmp)
AGENT:   VIOL:
PROCEEDING: SUPERVISED RELEASE VIOLATION   RECOMMENDED BOND:

FILED by ___ D.C.
MAG. SEC.
DEC 14 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes / no   COUNSEL APPOINTED:
BOND SET @: $25,000 CSB Nebbia   To be cosigned by:

1) advised of charges

Stip $20,000 CSB Nebbia

Final hrg. before Judge Zloch

- ☑ Do not violate any law.
- ☑ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☑ Travel extended to: SD/FL
- ☐ Halfway House ___

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
INQUIRY RE COUNSEL:   12/17   11:00   Torres
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 12/14/04   TIME: 11:00   FTL/EGT TAPE # 04- 57   Begin: 1957   End: 2135