UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   :

v.   :   CASE NO. _Ill. 00-90-cr-ZLCH_

_ORLANDO MEJIA_   :

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED by _____ D.C.
MAG. SEC
DEC 1 4 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW _Fred Maldonan_ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) _Fred Maldonan_

Counsel's Signature _[signature]_

Address _999 Ponce de Leon Suite 500_
_Coral Gables FL_   Zip Code: _33134_

Telephone _305-443-3199_

Fax _305-443-0900_

