


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff

CASE NUMBER: CR: 00-CR 6090 Zloch

-vs-

REPORT COMMENCING CRIMINAL ACTION

Mesa, Orlando
Defendant

60194-004
USMS NUMBER

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
U.S. DISTRICT COURT              (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT, ABOVE.

---

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

1) DATE AND TIME OF ARREST: 12-13-04    2:40    A M ___ P M ✓

2) LANGUAGE SPOKEN: English

3) OFFENSE (S) CHARGED: Viol of supervised release

4) DATE OF BIRTH: 1-4-1971

5) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
   { } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED
   { } BENCH WARRANT FOR FAILURE TO APPEAR
   {X} PROBATION VIOLATION WARRANT
   { } PAROLE VIOLATION WARRANT
   ORINGINATING DISTRICT: S/FL

REMARKS: ___

DATE: 12-13-04    (8) ARRESTING OFFICER: Amat /Dominguez

AGENCY: USMS    (10) PHONE: 305-536-4628

COMMENTS: ___