PROB 19a                                                                                           SD/FL PACTS No. 63360

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6090-CR-ZLOCH</u>

U.S.A. vs Orlando Mesa

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE  96 / 575 ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. ||||
| NAME OF SUPERVISED RELEASEE<br>Orlando Mesa | SEX<br>Male | RACE<br>W/H | AGE<br>33 |
| ADDRESS (STREET,CITY,STATE)<br>5256 NE 2nd Court, #1, Miami, FL ||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. DISTRICT COURT || DATE IMPOSED<br>February 16, 2001 ||
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. DISTRICT COURT, MIAMI, FL ||||
| CLERK<br>Clarence Maddox | (BY) U.S. DISTRICT JUDGE<br>William J. [signature] || DATE<br>11/22/04 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>11/22/04 || DATE EXECUTED<br>12/14/04 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS Ft. Lauderdale, FL ||||
| NAME Christina Pharo, US Marshal<br>S/D Fl | (BY) [signature]<br>Stephanei Perez, SDUSM || DATE<br>12/14/04 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern</u> District of <u>Florida</u>;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

