## COURT MINUTES

### U.S. MAGISTRATE JUDGE EDWIN G. TORRES - FORT LAUDERDALE, FLORIDA

DEFT: ORLANDO MESA (J) 60494-004    CASE NO: 00-6090-CR-ZLOCH
AUSA: ~~JACK BLAKELY~~ L. BARDWELL / Jag [illegible]    ATTY: FRED MULDOVAN ~~(TMP)~~ perm
AGENT:    VIOL:

PROCEEDING: INQ RE COUNSEL    RECOMMENDED BOND:
BOND HEARING HELD - yes / no    COUNSEL APPOINTED:
BOND SET @:    To be cosigned by:

FILED by ___ D.C.
MAG. SEC.
DEC 17 2004
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Mr. Muldovan filed permanent appearance in open court
Nebbia conditions satisfied

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 12/17/04    TIME: 11:00    FTL/EGT TAPE # 04- 59    Begin: 69    End: 97

12/17/04