FILED by _____ D.C.
DEC 17 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

UNITED STATES OF AMERICA,

v.                                                            :     NOTICE OF PERMANENT
                                                                    APPEARANCE AS COUNSEL
_KIARA MEJA_                          :     OF RECORD

_____ :

    COMES NOW _Fred M. Schwartz_, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

    Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

    Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

    **FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: _12/17/04_

Attorney _Fred M. Schwartz_
Address _999 Ponce de Leon Blvd #520_
City _Coral Gables_ State _FL_ Zip _33134_
Telephone _305 443 3199_
Florida Bar No. _255900_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

129
04