UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,

      v.                                NOTICE

ORLANDO MESA

FILED by ___ D.C.
JAN 3 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:   COURTROOM A
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

DATE & TIME:
February 3, 2005 at 10:30 A.M.

FINAL HEARING ON VIOLATION OF SUPERVISED RELEASE

CLARENCE MADDOX
CLERK OF COURT

*Barbara L. Coats*
BY DEPUTY CLERK

DATE:    January 3, 2005

cc:  Laurence Bardfeld, Esq., AUSA
     Fred Muldovan, Esq.
     U.S. Probation