UNITED STATES DISTRICT COURT IN
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

ORLANDO MESA,

    Defendant.
_____/



## MOTION FOR CONTINUANCE OF FINAL HEARING ON VIOLATION OF SUPERVIED RELEASE

COMES NOW the Defendant, ORLANDO MESA, by and through his undersigned attorney, and files this his Unopposed Motion for Continuance of the Final Hearing on Violation of Supervised Release in the above styled case, and as grounds for this motion would state that:

1. That this case is currently set for a final hearing on Thursday, February 3, 2005 at 10:30a.m. at the United States District Court, 299 East Broward Blvd., Courtroom A, Fort Lauderdale, Florida before The Honorable William J. Zloch.

2. That the undersigned needs additional time to prepare for said hearing. That the undersigned recently obtained documents and the name of a witness that are vital to the Defendant's case.

3. That the undersigned and Laurence Bardfeld, Assistant United States Attorney, have been communicating regarding a possible resolution in this matter without the need of a hearing.



4. That the undersigned and Mr. Bardfeld have agreed that the major alleged violation is that the Defendant was arrested in Miami-Dade County, Miami, Florida. That case is currently set for trial on April 11, 2005 before Judge Miller.

5. That the undersigned is optimistic that the above mentioned Miami-Dade County case will be resolved by the April 11, 2005 date.

6. That the undersigned and Mr. Bardfeld agree that the outcome of that case would have an impact on the negotiations in this case. In fact, the undersigned believes that this case would be resolved without the need for a final hearing.

7. That the undersigned has spoken with Mr. Bardfeld and he has no objection to continuing the final hearing until after the week of April 11, 2005.

WHEREFORE, for the above reasons, Defendant prays that this Court grant this Motion for Continuance and reset the Defendant's final hearing on violation of supervised release.

Respectfully submitted,

LAW OFFICES
FRED MOLDOVAN, ESQ.
999 Ponce de Leon Blvd.
Suite 500
Coral Gables, FL 33134
Tel. (305) 443-3199

BY: _____
FRED MOLDOVAN
Fla. Bar No.: 655960

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded this 2nd day of February, 2005 to Assistant United States Attorney Laurence Bardfeld, 500 East Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394 and Lawrence Martin, U.S. Probation Officer, 1 Biscayne Tower, 2 South Biscayne Blvd., Suite 2501, Miami, Florida 33131.

BY: _____
FRED MOLDOVAN