UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                           **O R D E R**

ORLANDO MESA,

    Defendant.
_____/

THIS MATTER is before the Court upon the Defendant Orlando Mesa's Motion For Continuance Of Final Hearing On Violation Of Supervised Release, bearing file stamp of the Clerk of Court dated February 2, 2005. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the aforementioned Defendant's Motion For Continuance Of Final Hearing On Violation Of Supervised Release be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of February, 2005.

                              WILLIAM J. ZLOCH
                              Chief United States District Judge

Copies furnished:
Laurence Bardfeld, Esq., AUSA
Fred Moldovan, Esq.
U.S. Probation

