```
                                        FILED by _____ D.C.
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF FLORIDA          FEB 0 3 2005
       HONORABLE WILLIAM J. ZLOCH
            CRIMINAL MINUTES              CLERK U.S. DIST. CT.
                                          S.D. OF FLA. FT. LAUD.
```

CASE NUMBER  00-6090 CR-ZLOCH        DATE _____

CLERK  Seamus Flaherty              REPORTER  Carl Schanzleh

PROBATION  Lawrence Martin          INTERPRETER

UNITED STATES OF AMERICA  v.  Orlando Mesa

U. S. ATTORNEY  Susan Massey and     DEFT COUNSEL  Fred Muldovan, Esq.
                Larry Bardfeld

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING  Hearing on Petition Alleging Three Violations
of Terms & Conditions (DE 123)

RESULT OF HEARING  ①Allegation I - Denied  ②Allegation II - Denied
③Allegation III - Denied  ||| Courts Finding - ① △ violated terms
and conditions of SR as set forth in Allegations I and II
(Crt finds that △ was arrested and charged and that he failed to notify Probation)

JUDGMENT  Term of Supervised Release Modified ① shall participate
in home detention program for 150 days

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC  Defendant's Exhibits 1, 2, 3 attached to these Minutes



**Coral Springs Nissan**
9350 WEST ATLANTIC BLVD.
CORAL SPRINGS, FLORIDA 33071
TELEPHONE (954) 753-1700

66-E90
CHECK# 42835

42835

PAY **FOURTEEN THOUSAND FIVE HUNDRED THIRTY FIVE DOLLARS AND 36/100**

TO THE ORDER OF
FORD MOTOR CREDIT
PO BOX 31111
ATTN: DROP BOX 225
TAMPA FL 33631-3111

Bank of America

DATE: 10/20/04
AMOUNT: $14,535.36

CORAL SPRINGS NISSAN
VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

NON-NEGOTIABLE

| NAME | NUMBER | DATE |
|---|---|---|
| FORD MOTOR CREDIT | 1072 | 10/20/04 |

CR... ACC#23609595 FOR ORLANDO MESA

**DEFENDANT'S EXHIBIT**
CASE NO. 00-6090
CR-ZLOCH
EXHIBIT NO. 1



```
NAME                              NUMBER              DATE
ORLANDO MESA                      1747983             10/20/04
  CR...
  PAYOFF ON 00 FORD F-250
  DATE      CTRL#        ACCT#    AMOUNT    DESC
  10/20/04  P97885       N314     6464.64   00 FORD F-250  D66408
```

**DEFENDANT'S EXHIBIT**

CASE NO. 00-6090-CR-ZLCH

EXHIBIT NO. 2

| REMITTANCE ADVICE DETACH AND RETAIN | CORAL SPRINGS NISSAN CORAL SPRINGS, FLORIDA 33071 | CHECK NO. 42834 | NET AMOUNT | $6,464.64 |

## Sales Receipt

Seller:

I Orlando Mesa am selling a Black 1995 Chevy Tahoe VIN # 1GNEK13K7SJ401021 for $5300.00. Vehicle is sold in an as is condition.

Customer: Grethel Gonzalez and Angel Olivera agrees to pay the $5300.00 and take the vehicle home with it's original license plate. When he returns with the license plate I, Orlando Mesa will provide him with the title of the car.

*(signature)*
Orlando Mesa, Seller.
11-10-04

*(signature)*
Angel Olivera

DEFENDANT'S EXHIBIT
CASE NO. 00-6090-CR-Zloch
EXHIBIT NO. 3

A04206

| IDENTIFICATION NUMBER | YR | MAKE | MODEL | BODY | WT-L-BHP | VESSEL REGIS. NO. | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 1GNEK13K7SJ401021 | 1995 | CHEV | | SW | 3085 | | 79857542 |

REGISTERED OWNER                                                                    DATE OF ISSUE
                                                                                    07/31/2003